# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SONJA STEIS,

      Plaintiff,

v.                                                      Case No. 08-CV-12897

THIRD JUDICIAL CIRCUIT COURT OF THE
STATE OF MICHIGAN,

      Defendant.
_____/

## ORDER SUSPENDING THE DATES OF THE SCHEDULING ORDER

On May 27, 2009, the court conducted a telephone conference in the above-captioned case with counsel for both Plaintiff and Defendant. During the conference, counsel informed the court of the possibility for settlement of the case and requested that the court adjourn the court's December 5, 2008 scheduling order to permit the parties time for settlement negotiations. Accordingly,

IT IS ORDERED that the dates in the court's December 5, 2008 scheduling order [Dkt. #10] are SUSPENDED until further order of the court.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: June 1, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 1, 2009, by electronic and/or ordinary mail.

                                                  S/Lisa G. Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522